

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jason Gordon Grant Castor, Appellant

No. 06-20-00006-CR     v.

The State of Texas

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28396). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the judgment to show that Castor's fine is $10,000.00 and his court costs are $390.00.  As modified, we affirm the trial court's judgment.

We note that the appellant, Jason Gordon Grant Castor, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST19,  2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk